IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE FORECLOSURE )<br>OF THE DEED OF TRUST Dated February 8, )<br>1999, and Recorded in Book 1874, )<br>Page 473 in the Orange County Registry, )<br>Executed by HAYWOOD M. CLAYTON )<br>and wife, SYLVIA CLAYTON, )<br>                                                         )<br>BY BARDEN W. COOKE, )<br>Substitute Trustee. )<br>_____ ) | 1:03CV00527 |

ORDER

This case is before the Court on Plaintiffs Claytons' Motion to Vacate Orders [Doc. #20]. For the reasons set forth in a contemporaneously filed Memorandum Opinion, Plaintiffs' Motion to Vacate Orders is DENIED.

This the day of August 24, 2005

                                                                         /s/ N. Carlton Tilley, Jr.
                                                                         United States District Judge